```
 1   LAW OFFICES OF BILL LATOUR
     JESSICA WARREN [CSBN: 257274]
 2       1420 E. Cooley Dr., Suite 100
 3       Colton, California 92324
         Telephone: (909) 796-4560
 4       Facsimile: (909) 796-3402
 5       E-Mail: fed.latour@yahoo.com
 6
 7   Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SILVANA ARMSTRONG, ) | No. CV 21-5787 KK |
| ) | |
| Plaintiff, ) | ORDER AWARDING EAJA FEES |
| ) | |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND TWO HUNDRED SEVENTY DOLLARS AND 63/100 ($4,270.63), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE: 1/6/2023

HON. KENLY KIYA KATO,
UNITED STATES MAGISTRATE JUDGE

-1-